UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| WANDA SHOREY, | Case No.: 22-CV |
| Plaintiff, | |
| v. | |
| MIDLAND CREDIT MANAGEMENT, INC., | Milwaukee Co. Case No. 21-CV-7560 |
| Defendant. | |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that defendant, MIDLAND CREDIT MANAGEMENT, INC. (hereinafter, "Midland"), hereby removes this action from the State of Wisconsin Circuit Court for Milwaukee County to the United States District Court for the Eastern District of Wisconsin pursuant to 28 U.S.C. §§1331 (federal question), 1441 and 1446, and as and for its short, plain statement of the grounds for removal, respectfully states and alleges as follows:

1. On December 14, 2021, Plaintiff Wanda Shorey ("Shorey"), commenced an action against Midland in the Circuit Court for the State of Wisconsin for Milwaukee County, captioned *Wanda Shorey v. Midland Credit Management, Inc.*, Case No. 21-CV-7560, by filing a Summons and Complaint with the Milwaukee County Clerk of Court, a true and correct copy of which is attached hereto as Exhibit 1.

2. Defendant Midland first received the complaint within the meaning of 28 U.S.C. § 1446(b) on January 18, 2021, when Plaintiff sent Midland a copy of the complaint and requested that Midland waive service of the same in exchange for an agreement that a responsive pleading

would be due 45 days after the request. As such, the time within which Midland is required to file a responsive pleading has not yet expired. No further proceedings have been had in this action.

3. The complaint filed by Shorey, Exhibit 1, is a civil action of which this court has original jurisdiction pursuant to 28 U.S.C. § 1331 (federal question), in that it sets forth a claim for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. ("FDCPA"). (Ex. 1 at ¶¶ 61-64.) The court also has jurisdiction over the Wisconsin Consumer Act claims, Wis. Stat. §§ 421.108, 426.110, 427.104(1)(g), (h), (L), on the basis of supplemental jurisdiction under 28 U.S.C. § 1367.

4. Removal is timely under 28 U.S.C. § 1446(b) as the complaint was filed on December 14, 2021 and Defendant first received a copy of the complaint on January 18, 2021.

5. In accordance with 28 U.S.C. § 1446(d), written notice of removal is being provided to the plaintiff and filed with the Clerk of the Circuit Court for Milwaukee County.

Dated this 16th day of February, 2022.

/s/ Brett B. Larsen
Brett B. Larsen
State Bar No. 1064355
Attorneys for
Midland Credit Management, Inc.
**HINSHAW & CULBERTSON LLP**
100 E. Wisconsin Ave., Suite 2600
Milwaukee, WI 53202
Phone No. 414-276-6464
Fax No. 414-276-9220
E-mail Address(es):
blarsen@hinshawlaw.com